
Philip J. Furia
furiap@thesultzerlawgroup.com
Direct: 201-744-0064

November 19, 2024

<u>**VIA ECF**</u>

Magistrate Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N331
Brooklyn, New York 11201

      Re: *In Re: Lindt & Sprüngli Dark Chocolate Litigation,*
         Case No. 1:23-cv-01186-AMD-JAM

Dear Judge Marutollo:

  We, along with our co-counsel represent the Plaintiffs in this matter. We are writing jointly with counsel for Defendant in accordance with Your Honor's Docket Order of October 16, 2024 (the "Order") to provide a status report on this matter.

  The parties remain in the early stages of discovery. At this time the parties do not see a need for further Court intervention, but will bring any issues to the Court's attention if and when they should arise.

  We thank the Court for its attention to this matter.

        Very truly yours,

        *Philip Furia*

        Philip J. Furia