UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LINDT & SPRUNGLI (USA), INC., DARK CHOCOLATE LITIGATION | Case No. 1:23-cv-01186-AMD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs, Luke Gralia, Kamila Harkavy, Sarah Sherman, Crystal Rodriguez, Jason Goldstein, Lynn Minck, Michelle Sturgis, Amanda Howard, James Tettenhorst, Tara Newman, and Jason Khalili, individually and on behalf of themselves, and Defendant in the above entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal.

Dated: December 6, 2024

_____
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601

_____
**KING & SPALDING**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

_____
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendant*

_[signature]_
SHAPIRO HABER & URMY LLP
Ian J. McLoughlin*
2 Seaport Ln
Boston, MA 02109


_[signature]_
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301


_[signature]_
LEVI & KORSINSKY, LLP
55 Broadway, 4th Floor, Suite 427
New York, NY 10006


_[signature]_
LEVIN SEDRAN & BERMAN LLP
510 Walnut St., Suite 500
Philadelphia, PA 19106


_[signature]_
CHARLES M. THOMPSON
& ASSOCIATES, P.C.
2142 Highland Avenue South
Birmingham, AL 35205

_____
**CLARKSON LAW FIRM PC**
22525 Pacific Coast Highway
Malibu, CA 90265


_____
**FITZGERALD MONROE FLYNN PC**
2341 Jefferson St., Suite 200
San Diego, CA 92110

*Attorneys for Plaintiffs*